AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

United States of America
v.
Lincoln Deming

)
)
)
)
)
)
)

Case: 1:24-mj-00131
Assigned To : Judge Zia M. Faruqui
Assign. Date : 4/11/2024
Description: COMPLAINT W/ARREST WARRANT

*Defendant*

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* _____ Lincoln Deming _____ ,

who is accused of an offense or violation based on the following document filed with the court:

❒ Indictment    ❒ Superseding Indictment    ❒ Information    ❒ Superseding Information    ☒ Complaint
❒ Probation Violation Petition    ❒ Supervised Release Violation Petition    ❒ Violation Notice    ❒ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(B) - Entering and Remaining in the Gallery of Congress;
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(G) - Parading, Picketing, or Demonstrating in a Capitol Building;
18 U.S.C. § 231(a)(3) - Civil Disorder.

Date: _____ 04/11/2024 _____

Zia M. Faruqui

*Issuing officer's signature*

City and state: _____ Washington, D.C. _____

Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 4|11|24 , and the person was arrested on *(date)* 5|11|24 at *(city and state)* York, Maine . |

Date: 5|11|24

Officer Lucas Menezes (Arresting officer)
Steve L. Fleenor
*Arresting officer's signature*

SA Steven Fleenor / FBI
*Printed name and title*

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| United States of America | ) | |
|---|---|---|
| v. | ) | Case: 1:24-mj-00131 |
| | ) | Assigned To : Judge Zia M. Faruqui |
| Lincoln Deming | ) | Assign. Date : 4/11/2024 |
| DOB: XXXXXX | ) | Description: COMPLAINT W/ARREST WARRANT |
| | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ January 6, 2021 _____ in the county of _____ in the _____ in the District of ___ Columbia ___ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds, | |
| 18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds, | |
| 40 U.S.C. § 5104(e)(2)(B) - Entering and Remaining in the Gallery of Congress, | |
| 40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building, | |
| 40 U.S.C. § 5104(e)(2)(G) - Parading, Picketing, or Demonstrating in a Capitol Building, | |
| 18 U.S.C. § 231(a)(3) - Civil Disorder. | |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

_____
*Complainant's signature*

_____
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: ___ 04/11/2024 ___

_____
Zia M. Faruqui
*Judge's signature*

City and state: _____ Washington, D.C. _____

Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

## STATEMENT OF FACTS

I, ▮▮▮▮▮▮▮▮, am a Special Agent with the Federal Bureau of Investigation and have been a special agent for over 15 years. In my duties as a special agent, I investigation violations of federal law. Currently, I am tasked with investigating criminal activity in and around the Capitol grounds on January 6, 2021. As a Special Agent, I am authorized by law or by a Government agency to engage in or supervise the prevention, detection, investigation, or prosecution of a violation of Federal criminal laws.

The U.S. Capitol is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification were allowed access inside the U.S. Capitol. On January 6, 2021, the exterior plaza of the U.S. Capitol was also closed to members of the public.

On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in the United States Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00 p.m. Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

As the proceedings continued in both the House and the Senate, and with Vice President Mike Pence present and presiding over the Senate, a large crowd gathered outside the U.S. Capitol. As noted above, temporary and permanent barricades were in place around the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside.

At such time, the certification proceedings were still underway and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol; however, around 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows and by assaulting members of the U.S. Capitol Police, as others in the crowd encouraged and assisted those acts.

Shortly thereafter, at approximately 2:20 p.m. members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Mike Pence, were instructed to—and did—evacuate the chambers. Accordingly, the joint session of the United States Congress was effectively suspended until shortly after 8:00 p.m. Vice President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the sessions resumed.

During national news coverage of the aforementioned events, video footage which appeared to be captured on mobile devices of persons present on the scene depicted evidence of

violations of local and federal law, including scores of individuals inside the U.S. Capitol building without authority to be there.

<u>Identification of Lincoln Deming</u>

Since January 6, 2021, the FBI has been investigating and identifying those who were inside of the Capitol without authority and disrupted the proceedings. During that investigation, and pursuant to legal process, the FBI learned that a device associated with a particular Google account identification number was present near or inside of the Capitol between approximately 2:22 p.m. and 5:19 p.m. (EST) on January 6, 2021. Legal process to Google identified the name on the account as Lincoln Deming, the account email as lincolndeming@XXXXXXXX, a recovery email address of lincolndeming@XXXXXXX, and a recovery phone number ending in 6281.

On social media, the individual depicted in Images 1 and 2 was identified preliminarily as "Insider #284" and "#BadGloves":



*Images 1 (left) and 2 (right)*: *open-source images of the individual preliminarily identified online as "Insider #284" and "#BadGloves" (inside the yellow square in Image 2).*

During the investigation, I reviewed records from the Kittery (Maine) Police Department. Those records show that in June of 2018, an individual named Lincoln Adams Deming reported an incident to police officers that occurred at a residential address in Kittery, Maine. According to the police report, the 6281 number was identified as Deming's phone number. I reviewed Bureau of Motor Vehicles records for Lincoln Deming, and the same residential address in Kittery, Maine, was listed as Deming's mailing address on the license with an expiration date in 2022. I also reviewed the driver's license photograph associated with Lincoln Deming and the photograph is consistent with the individual identified in Images 1 and 2.

On August 19, 2022, I interviewed Deming at a job site in Hampton, New Hampshire. I told Deming that I was there to discuss Deming's trip to Washington, DC, in January of 2021. He responded that he had "nothing to hide." The interview ended shortly afterwards when Deming said he would like to find an attorney. The contact lasted approximately five minutes. Based on my personal interaction with Deming on August 19, 2022, and my review of his driver's license

photograph, I believe the individual depicted in Images 1 and 2 is Lincoln Deming. As depicted in those images, Deming is wearing a red t-shirt with a blue long-sleeve shirt underneath, gloves, a red scarf, sunglasses, and, at times, a red knit hat with the word "Trump" on it.

<u>Lincoln Deming's Activities on January 6, 2021</u>

By at least 1:38 p.m. on January 6, 2021, Deming was on the West Plaza of the U.S. Capitol, where police officers had erected barricades made of interlocking metal bike racks to prevent the crowd from advancing closer to the Capitol building. At that time, Deming was wearing a gas mask and sunglasses:



*__Image 3__: screenshot from body worn camera footage showing Deming (circled in red) on the West Plaza of the U.S. Capitol*

Less than a minute later, Deming approached the line of officers and placed his hand on a metal barricade:



*Image 4: screenshot from body worn camera footage showing Deming (circled in red) grabbing a bike rack barricade with his hand (circled in green)*

Deming then begins to pull on the barricade:



*Image 5: screenshot from body worn camera footage showing Deming (circled in red) pulling a bike rack barricade*



*Image 6: screenshot from body worn camera footage showing Deming (circled in red) pulling a bike rack barricade*

Deming appears to fall near the barricade as police regain control of the barricade and pull the barricade back into place:



*Image 7: screenshot from body worn camera footage showing Deming (circled in red)*

As part of the investigation, I also reviewed open source video that shows Deming on the West Plaza. An open source video (no longer available online) shows this incident from another angle. The video first shows Deming near a line of officers on the West Plaza:



***Image 8****: screenshot from video[1] showing Deming (circled in red) near a line of officers on the West Plaza*

The video shows Deming pull on a bike rack barricade in an apparent attempt to infiltrate the police line and allow rioters to overtake the West Plaza:

---

[1] WASHINGTON DC INCIDENT LOTS OF RAW FOOTAGE, at 1:53.



*Image 9: screenshot from video[2] showing Deming (circled in red) pulling on a bike rack barricade*



*Image 10: screenshot from video[3] showing Deming (circled in red) pulling on a bike rack barricade*

[2] WASHINGTON DC INCIDENT LOTS OF RAW FOOTAGE, at 1:57.

[3] WASHINGTON DC INCIDENT LOTS OF RAW FOOTAGE, at 1:59.



***Image 11***: *screenshot from video[4] showing*
*Deming (circled in red) pulling on a bike rack barricade*

Deming fell while apparently using his entire body weight to pull on the barrier:

---

[4] WASHINGTON DC INCIDENT LOTS OF RAW FOOTAGE, at 2:00.



***Image 12****: screenshot from video[5] showing*
*Deming (circled in red) after pulling a bike rack barricade*

Body worn camera footage shows that Deming re-approached the police line by at least 1:53 p.m.:



***Image 13****: screenshot from body worn camera footage showing*
*Deming (circled in red) making a rude gesture at officers on the West Plaza of the U.S. Capitol*

---

[5] WASHINGTON DC INCIDENT LOTS OF RAW FOOTAGE, at 2:12.

Deming approached the bike rack barricades and officers and noticed that two bike racks were not interconnected. Deming put his hand on the bike rack. At the same time, a voice can be heard asking if "I could just pull that? And open it up?"



*Image 14: screenshot from body worn camera footage showing Deming (circled in red) putting his hand on a bike rack barricade*

At approximately 2:07 p.m., Deming threw an object towards officers on the West Plaza:



*Image 15: screenshot from body worn camera footage showing Deming (circled in red) throwing an unknown object (circled in green) towards officers*

Approximately one minute later, Deming poured water on another rioter's eyes on the West Plaza. I know, based on my training and experience, that people flush their eyes out with water after being exposed to a chemical irritant such as pepper spray.



*Image 16: screenshot from body worn camera footage showing Deming (circled in red) pouring water on another rioter's eyes*

An open source video shows Deming pouring water on his face and then walking away from the police line:



*Image 17: screenshot from open source video[6] showing Deming (circled in red) pouring water on his eyes*

[6] https://www.youtube.com/watch?v=9mt8YGpJ5vs&t=722s, at 11:42.



*Image 18: screenshot from open source video[7] showing
Deming (circled in red) walking away from the line of officers on the West Plaza*

Deming left the West Plaza and made his way up a set of stairs to the Upper West Terrace at approximately 2:18 p.m.

---

[7] https://www.youtube.com/watch?v=9mt8YGpJ5vs&t=722s, at 11:59.



*Image 19: screenshot from Capitol security footage showing Deming (circled in red) making on a stairway leading to the Upper West Terrace*

Deming entered the Capitol through the Senate Wing Door at approximately 2:23 p.m.



*Image 20: screenshot from Capitol security footage showing Deming (circled in red) entering the Capitol through the Senate Wing Door at approximately 2:23 p.m. on January 6, 2021*

Deming remained inside the Capitol for approximately 33 minutes. After entering the building, he went up to the second floor and walked through the Rotunda. While walking through the Rotunda, it appears as though Deming is holding a cellphone that is lit up which, based on my training and experience, indicates he was using his cellphone while inside the Rotunda.



*Image 21: screenshot from Capitol security footage showing*
*Deming (circled in red) holding what appears to be a cellphone while in the Rotunda*

Deming then made his way to the third floor of the Capitol. In one hallway on the third floor, Deming entered a room near the end of the hall (H331) for approximately 20 seconds. Afterwards, he walked back down the hallway, stopping to take photographs.



*Image 22: screenshot from Capitol security footage showing Deming (circled in red) holding what appears to be a cellphone while in a hallway on the third floor of the Capitol*

Deming also attempted to open the door to another room (H326) before continuing.



*Image 23: screenshot from Capitol security footage showing Deming (circled in red) attempting to open a door inside the Capitol*

While on the third floor, Deming attempted to open two more locked doors, including the Dome Bulfinch Door:



*Image 24: screenshot from Capitol security footage showing Deming (circled in red) holding a cellphone before attempting to open two locked doors*



*Images 25 (left) and 26 (right): screenshots from Capitol security footage showing Deming (circled in red) attempting to open two locked doors, including the Dome Bulfinch Door (Image 26)*

Deming walked in the Senate Gallery hallway, opened a door to the Senate Gallery, and at approximately 2:42 p.m., entered the Senate Gallery.



*Image 27: screenshot from Capitol security footage showing Deming (circled in red) opening a door to the Senate Gallery*



*Image 28: screenshot from Capitol security footage showing Deming (circled in red) opening a door to the Senate Gallery*

Deming exited the Senate Gallery trough a door on the west side of the Senate Gallery. While in the Senate Gallery West hallway, he opened a cabinet and removed a red and white megaphone:



***Images 29 (left) and 30 (right)**: screenshots from Capitol security footage showing Deming (circled in red) opening a cabinet (Image 29) and carrying a megaphone (Image 30)*

Deming returned to the Senate Gallery hallway where he looked through items that were on the floor and placed the megaphone and other items into a duffel bag.



***Image 31****: screenshot from Capitol security footage showing Deming
(circled in red) holding something he picked up from the floor of the Senate Gallery hallway*

Deming then carried the duffel bag through the Senate Gallery hallway.



***Image 32****: screenshot from Capitol security footage showing Deming
(circled in red) carrying a black duffel bag in the Senate Gallery hallway*

Deming then placed the duffel bag down the Senate Gallery West hallway before reentering the Senate Gallery. Based on my review of CCTV footage of the area, Deming did not return to collect the bag.



*Image 33: screenshot from Capitol security footage showing Deming (circled in red) setting down a black duffel bag in the Senate Gallery West hallway*

After leaving the Senate Gallery (again), Deming made his way back to the second floor of the Capitol building. Deming stood at the bottom of the Gallery Stairs, near the Columbus Doors, while using his cellphone and showing other rioters something on his phone.



*Image 34: screenshot from Capitol security footage showing Deming (circled in red) using his cellphone at the bottom of the Gallery Stairs*



*Image 35: screenshot from Capitol security footage showing Deming (circled in red) showing other rioters something on his cellphone*

Deming exited the Capitol through the Rotunda Doors at approximately 2:56 p.m.



*Image 36: screenshot from Capitol security footage
showing Deming (circled in red) exiting the Capitol*

Based on the foregoing, I submit that there is probable cause to believe that Lincoln Deming violated 18 U.S.C. § 1752(a)(1), and (2), which makes it a crime to (1) knowingly enter or remain in any restricted building or grounds without lawful authority to do so; and (2) knowingly, and with intent to impede or disrupt the orderly conduct of Government business or official functions, engage in disorderly or disruptive conduct in, or within such proximity to, any restricted building or grounds when, or so that, such conduct, in fact, impedes or disrupts the orderly conduct of Government business or official functions. For purposes of Section 1752 of Title 18, a "restricted building" includes a posted, cordoned off, or otherwise restricted area of a building or grounds where the President or other person protected by the Secret Service, including the Vice President, is or will be temporarily visiting; or any building or grounds so restricted in conjunction with an event designated as a special event of national significance.

I submit there is also probable cause to believe that Lincoln Deming violated 40 U.S.C. § 5104(e)(2)(B), (D), and (G), which makes it a crime to willfully and knowingly (B) enter or remain in the gallery of either House of Congress in violation of rules governing admission to the gallery adopted by that House or pursuant to an authorization given by that House; (D) utter loud, threatening, or abusive language, or engage in disorderly or disruptive conduct, at any place in the Grounds or in any of the Capitol Buildings with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress, or the orderly conduct in that building of a hearing before, or any deliberations of, a committee of Congress or either House of Congress; and (G) parade, demonstrate, or picket in any of the Capitol Buildings.

I submit there is probable cause to believe that Lincoln Deming violated 18 U.S.C. § 231(a)(3), which makes it unlawful to commit or attempt to commit any act to obstruct, impede, or interfere with any fireman or law enforcement officer lawfully engaged in the lawful performance of his official duties incident to and during the commission of a civil disorder which in any way or degree obstructs, delays, or adversely affects commerce or the movement of any article or commodity in commerce or the conduct or performance of any federally protected function. For purposes of Section 231 of Title 18, a federally protected function means any function, operation, or action carried out, under the laws of the United States, by any department, agency, or instrumentality of the United States or by an officer or employee thereof. This includes the Secret Service's protection of the Vice President and his family and the Capitol Police's protection of the U.S. Capitol.

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 11th day of April 2024.



HONORABLE ZIA M. FARUQUI
U.S. MAGISTRATE JUDGE

**Complaint Synopsis**

| Name: | Lincoln Deming |
|---|---|
| **Address:** **(City & State Only)** | Kittery, Maine |
| **Year of Birth and Age:** | 1979, 44 years old |
| **Violations:** | **Count 1:** Entering and Remaining in a Restricted Building or Grounds. *See* 18 U.S.C. § 1752(a)(1). This is a Class A misdemeanor. *See* 18 U.S.C. § 3559(a)(6).<br><br>**Count 2:** Disorderly and Disruptive Conduct in a Restricted Building or Grounds. *See* 18 U.S.C. § 1752(a)(2). This is a Class A misdemeanor. *See* 18 U.S.C. § 3559(a)(6).<br><br>**Count 3:** Entering and Remaining in the Gallery of Congress.  *See 40 U.S.C.* § 5104(e)(2)(B). This is a Class B misdemeanor. *See* 18 U.S.C. § 3559(a)(7).<br><br>**Count 4:** Disorderly Conduct in a Capitol Building. *See* 40 U.S.C. § 5104(e)(2)(D). This is a Class B misdemeanor. *See* 18 U.S.C. § 3559(a)(7).<br><br>**Count 5:** Parading, Picketing, and Demonstrating in a Capitol Building. *See* 40 U.S.C. § 5104(e)(2)(G). This is a Class B misdemeanor. *See* 18 U.S.C. § 3559(a)(7).<br><br>**Count 6:** Civil Disorder.  *See* 18 U.S.C. § 231(a)(3). This is a Class D felony.  *See* 18 U.S.C. § 3559(a)(5). |
| **Penalties:** | **Counts 1-2:** Not more than 1 year of imprisonment, a fine of $100,000, or both. *See* 18 U.S.C. §§ 1752(a), 1752(b)(2), and 3571(b)(5).<br><br>**Counts 3-5:** Not more than 6 months of imprisonment, a fine of $5,000, or both. *See* 40 U.S.C. § 5109(b) and 18 U.S.C. § 3571(b)(6).<br><br>**Count 6:** Not more than 5 years of imprisonment, a fine of $250,000, or both.  *See* 18 U.S.C. §§ 231(a), and 3571(b)(3). |

| | |
|---|---|
| **Supervised Release:** | **Counts 1-2:** Not more than 1 year. *See* 18 U.S.C. § 3583(b)(3).<br><br>**Count 6:** Not more than 3 years.  *See* 18 U.S.C. § 3583(b)(2).<br><br>***Counts 1-5:** May result in not more than 5 years of probation. *See* 18 U.S.C. § 3561(c)(2).<br><br>***Counts 6:** May result in not less than 1 year of probation and not more than more than 5 years of probation. *See* 18 U.S.C. § 3561(c)(1). |
| **Maximum Term of Imprisonment for Violation of Supervised Release:** | **Counts 1-2:** Not more than 1 year of imprisonment. *See* 18 U.S.C. § 3583(e).<br><br>**Count 6:** Not more than 2 years of imprisonment. *See* 18 U.S.C. § 3583(e)(3). |
| **Maximum Add'l Term of Supervised Release for Violation of Supervised Release:** | **Counts 1-2:** Not more than 1 year, less any term of imprisonment imposed upon revocation. *See* 18 U.S.C. § 3583(h).<br><br>**Count 6:** Not more than 3 years, less any term of imprisonment imposed upon revocation. *See* 18 U.S.C. § 3583(h). |
| **Defendant's Attorney:** | N/A |
| **Primary Investigative Agency and Case Agent Name:** | FBI |
| **Detention Status:** | Arrest Warrant issued. Defendant in federal custody. |
| **Foreign National:** | No |
| **Foreign Consular Notification Provided:** | N/A |
| **County:** | Offense occurred in Washington, D.C. |
| **AUSA:** | Peter I. Brostowin (local AUSA covering initial appearance) |
| **Guidelines apply?   Y/N** | Yes |
| **Victim Case:** | No |

| | |
|---|---|
| **Corporate Victims Owed Restitution?** | No |
| **Assessments:** | **Counts 1-2:** $25 per count. *See* 18 U.S.C. § 3013(a)(1)(A)(iii).<br><br>**Counts 3-5:** $10 per count. *See* 18 U.S.C. § 3013(a)(1)(A)(ii).<br><br>**Count 6:** $100 per count.  *See* 18 U.S.C. § 3013(a)(2)(A). |

AO 466A (Rev. 12/17)  Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

## UNITED STATES DISTRICT COURT

U.S. DISTRICT COURT
PORTLAND
RECEIVED & FILED

2024 MAY 13  P 4: 15

DEPUTY CLERK

for the
District of Maine

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.  2:24-mj-158-KFW |
| | ) | |
| Lincoln Deming | ) | Charging District's Case No.  1:24-mj-131-ZMF-1 |
| *Defendant* | ) | |

### WAIVER OF RULE 5 & 5.1 HEARINGS
### (Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* _____
District of Columbia (Washington, DC) _____ .

I have been informed of the charges and of my rights to:

(1)     retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)     an identity hearing to determine whether I am the person named in the charges;

(3)     production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4)     a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.

(5)     a hearing on any motion by the government for detention;

(6)     request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☐     an identity hearing and production of the warrant.

☐     a preliminary hearing.

☐     a detention hearing.

☐     an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district.  I request that my
      ☐ preliminary hearing and/or ☐ detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date:     05/13/2024     _____         _____
                                                                         *Defendant's signature*

                                                                         _____
                                                                         *Signature of defendant's attorney*

                                                                         David R. Beneman, Esq.
                                                                         *Printed name of defendant's attorney*

AO 199A (Rev. 12/11)  Order Setting Conditions of Release                                    Page 1 of ___4___ Pages

U.S. DISTRICT COURT
DISTRICT OF MAINE

# UNITED STATES DISTRICT COURT
## for the
2024 District of Maine 5

RECEIVED & FILED

DEPUTY CLERK

|  |  |  |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.    2:24-mj-158-KFW |
| Lincoln Deming | ) | |
| *Defendant* | ) | |

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1)    The defendant must not violate federal, state, or local law while on release.

(2)    The defendant must cooperate in the collection of a DNA sample if it is authorized by 42 U.S.C. § 14135a.

(3)    The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4)    The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at:    As directed
_____
                                                    *Place*

on    _____
                                    *Date and Time*

If blank, defendant will be notified of next appearance.

(5)    The defendant must sign an Appearance Bond, if ordered.

AO 199B (Rev. 12/20)  Additional Conditions of Release

## ADDITIONAL CONDITIONS OF RELEASE

Pursuant to 18 U.S.C. § 3142(c)(1)(B), the court may impose the following least restrictive condition(s) only as necessary to reasonably assure the appearance of the person as required and the safety of any other person and the community.

     IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( ☐ ) (6)   The defendant is placed in the custody of:

     Person or organization _____

     Address *(only if above is an organization)* _____

     City and state _____ Tel. No. _____

who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the cour immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

                       Signed: _____      _____

                                       *Custodian*                        *Date*

( ☒ ) (7)   The defendant must:

   ( ☒ ) (a)  submit to supervision by and report for supervision to the   U.S. Probation and Pretrial Services Office   ,

          telephone number      202-220-5500   , no later than   As directed       .

   ( ☐ ) (b)  continue or actively seek employment.

   ( ☐ ) (c)  continue or start an education program.

   ( ☐ ) (d)  surrender any passport to: _____

   ( ☐ ) (e)  not obtain a passport or other international travel document.

   ( ☒ ) (f)  abide by the following restrictions on personal association, residence, or travel:    Foreign travel only with permission from the Court;

          travel to District of Columbia is prohibited except for Court, Pre-Trial Services, or attorney meetings with advance approval of

          supervising officer; advise Pretrial Services of and travel within United States outside of Maine, New Hampshire, and Massachusetts,

          and district in which he is supervised.

   ( ☐ ) (g)  avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution,

          including: _____

   ( ☐ ) (h)  get medical or psychiatric treatment: _____

   ( ☐ ) (i)  return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling,

          or the following purposes: _____

   ( ☐ ) (j)  maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers

          necessary.

   ( ☒ ) (k)  not possess a firearm, destructive device, or other weapon.

   ( ☐ ) (l)  not use alcohol ( ☐ ) at all ( ☐ ) excessively.

   ( ☐ ) (m)  not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensee

          medical practitioner. This provision does not permit the use of marijuana even with a prescription, without further permission of the Cour

          or probation officer.

   ( ☐ ) (n)  submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with

          random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of

          prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy

          of prohibited substance screening or testing.

   ( ☐ ) (o)  participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office o

          supervising officer.

   ( ☐ ) (p)  participate in one of the following location restriction programs and comply with its requirements as directed.

          ( ☐ ) (i)  **Curfew.** You are restricted to your residence every day ( ☐ ) from _____ to _____ , or ( ☐ ) as

                  directed by the pretrial services office or supervising officer; or

          ( ☐ ) (ii)  **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services

                  medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or othe

                  activities approved in advance by the pretrial services office or supervising officer; or

          ( ☐ ) (iii)  **Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and

                  court appearances or other activities specifically approved by the court; or

          ( ☐ ) (iv)  **Stand Alone Monitoring.** You have no residential curfew, home detention, or home incarceration restrictions. However,

                  you must comply with the location or travel restrictions as imposed by the court.

                  **Note:** Stand Alone Monitoring should be used in conjunction with global positioning system (GPS) technology.

AO 199B (Rev. 12/20) Additional Conditions of Release

## ADDITIONAL CONDITIONS OF RELEASE

( ☐ ) (q)  submit to the following location monitoring technology and comply with its requirements as directed:
       ( ☐ ) (i)    Location monitoring technology as directed by the pretrial services or supervising officer; or
       ( ☐ ) (ii)   Voice Recognition; or
       ( ☐ ) (iii)  Radio Frequency; or
       ( ☐ ) (iv)  GPS.

( ☐ ) (r)  pay all or part of the cost of location monitoring based upon your ability to pay as determined by the pretrial services or supervising officer.

( ☒ ) (s)  report as soon as possible, to the pretrial services or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

( ☐ ) (t)  _____

AO 199C  (Rev. 03/09)  Advice of Penalties                                                    Page  4  of 4  Pages

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;

(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;

(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
*Defendant's Signature*

Portland, ME
*City and State*

### Directions to the United States Marshal

( ☒ )  The defendant is ORDERED released after processing.
( ☐ )  The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date:   5/13/2024                              _____
                                                *Judicial Officer's Signature*

                                                Karen Frink Wolf, U.S. Magistrate Judge
                                                _____
                                                *Printed name and title*

AO 98 (Rev. 12/11) Appearance Bond

# UNITED STATES DISTRICT COURT

U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED

2024 MAY 13 P 4: 15

DEPUTY CLERK

for the
District of Maine

| United States of America | ) |
| v. | ) |
|  | ) Case No.   2:24-mj-158-KFW |
| Lincoln Deming | ) |
| *Defendant* | ) |

## APPEARANCE BOND

### Defendant's Agreement

I, _____ Lincoln Deming _____ *(defendant)*, agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:

    ( ☒ ) to appear for court proceedings;

    ( ☒ ) if convicted, to surrender to serve a sentence that the court may impose; or

    ( ☒ ) to comply with all conditions set forth in the Order Setting Conditions of Release.

### Type of Bond

( ☐ ) (1)   This is a personal recognizance bond.

( ☒ ) (2)   This is an unsecured bond of $    10,000.00 _____ .

( ☐ ) (3)   This is a secured bond of $ _____ , secured by:

    ( ☐ ) (a) $ _____ , in cash deposited with the court.

    ( ☐ ) (b) the agreement of the defendant and each surety to forfeit the following cash or other property *(describe the cash or other property, including claims on it — such as a lien, mortgage, or loan — and attach proof of ownership and value):*

    _____ .

    If this bond is secured by real property, documents to protect the secured interest may be filed of record.

    ( ☐ ) (c) a bail bond with a solvent surety *(attach a copy of the bail bond, or describe it and identify the surety):*

    _____
    _____
    _____ .

### Forfeiture or Release of the Bond

*Forfeiture of the Bond.* This appearance bond may be forfeited if the defendant does not comply with the above agreement. The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement. At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

AO 98 (Rev. 12/11) Appearance Bond

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

### Declarations

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

(1)     all owners of the property securing this appearance bond are included on the bond;

(2)     the property is not subject to claims, except as described above; and

(3)     I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C.§ 1746.)

Date: _____ 5/13/2024 _____          _____
                                                                        *Defendant's signature*

_____          _____
*Surety/property owner – printed name*          *Surety/property owner – signature and date*

_____          _____
*Surety/property owner – printed name*          *Surety/property owner – signature and date*

_____          _____
*Surety/property owner – printed name*          *Surety/property owner – signature and date*

                                                        CLERK OF COURT

Date: _____ 5/13/2024 _____          _____
                                                                        *Signature of Clerk or Deputy Clerk*

Approved.

Date: _____ 5/13/2024 _____          _____
                                                                        *Judge's signature*

AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
for the
District of Maine

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 2:24-mj-158-KFW |
| | ) | |
| Lincoln Deming | ) | Charging District:        District of Columbia |
| *Defendant* | ) | Charging District's Case No.  1:24-mj-131-ZMF-1 |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT
## WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges.  If the time to appear in that court has not yet been set, the defendant must appear when notified to do so.  Otherwise, the time and place to appear in that court are:

| Place: United States District Court<br>District of Columbia | Courtroom No.:  by video |
|---|---|
| | Date and Time: 5/23/2024 12:30 pm |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date:        05/13/2024                                                    /s/ Karen Frink Wolf
                                                                                          *Judge's signature*


                                                                Karen Frink Wolf, U.S. Magistrate Judge
                                                                                   *Printed name and title*

CLOSED

# U.S. District Court
## District of Maine (Portland)
## CRIMINAL DOCKET FOR CASE #: 2:24-mj-00158-KFW All Defendants

Case title: USA v. DEMING

Date Filed: 05/13/2024

Date Terminated: 05/13/2024

Assigned to: MAGISTRATE JUDGE
KAREN FRINK WOLF

**Defendant (1)**

**LINCOLN DEMING**
*TERMINATED: 05/13/2024*

represented by **DAVID R. BENEMAN**
FEDERAL DEFENDER'S OFFICE
P.O. BOX 595
PORTLAND, ME 04112-0595
207-553-7070 ext. 101
Fax: 207-553-7017
Email: David.Beneman@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or
Community Defender Appointment*

**Pending Counts**                          **Disposition**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts**                       **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                              **Disposition**

COUNT 1: ENTERING AND REMAIING
IN RESTRICTED BUILDING OR
GROUNDS, 18:1752(a)(1); COUNT 2:
DISORDERLY AND DISRUPTIVE
CONDUCT IN A RESTRICTED

BUIDLING OR GROUNDS, 18:1752(a)(2);
COUNT 3: ENTERING AND
REMAINING IN THE GALLERY OF
CONGRESS, 40:5104(e)(2)(B); COUNT 4:
DISORDERLY CONDUCT IN A CAPITAL
BUILDING, 40:5104(e)(2)(D); COUNT 5:
PARADING, PICKETING, OR
DEMONSTRATING IN A CAPITOL
BUILDING, 40:5104(e)(2)(G); COUNT 6:
CIVIL DISORDER, 18:231(a)(3)

**Interested Party**

**DISTRICT OF COLUMBIA**

**Plaintiff**

**USA**                                    represented by   **PETER I. BROSTOWIN**
                                                            DOJ-USAO
                                                            100 MIDDLE STREET
                                                            EAST TOWER, 6TH FLOOR
                                                            PORTLAND, ME 04101
                                                            207-780-3257
                                                            Email: peter.brostowin@usdoj.gov
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*
                                                            *Designation: Assistant US Attorney*

Email All Attorneys

Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 05/13/2024 | | Arrest (Rule 5) of LINCOLN DEMING (slg) (Entered: 05/13/2024) |
| 05/13/2024 | 1 | Rule 5(c)(3) Documents Received as to LINCOLN DEMING Main Document: DC Docket Sheet (Attachments: # 1 Complaint, # 2 Statement of Facts, # 3 Arrest Warrant, # 4 York PD reports)(slg) (Entered: 05/13/2024) |
| 05/13/2024 | 2 | SYNOPSIS as to LINCOLN DEMING (slg) (Entered: 05/13/2024) |
| 05/13/2024 | 3 | NOTICE OF HEARING as to LINCOLN DEMING. Rule 5 Hearing and Attorney Appointment Hearing set for 5/13/2024 03:30 PM in Portland Hearing Room before MAGISTRATE JUDGE KAREN FRINK WOLF. (slg) (Entered: 05/13/2024) |
| 05/13/2024 | 4 | Minute Entry for proceedings held before MAGISTRATE JUDGE KAREN FRINK WOLF: Rule 5 Hearing held as to LINCOLN DEMING; Defendant advised of rights. Federal Public Defender Appointed: DAVID R. BENEMAN, Bond Hearing held as to LINCOLN DEMING, Bond set as to LINCOLN DEMING (1) $10,000.00 Unsecured, Unsecured Bond Made by LINCOLN DEMING in amount of $10,000.00 and order setting conditions of release issued. Defendant ordered released after processing and to appear in charging district. (Court Reporter: Lori Dunbar) (nrg) (Entered: 05/13/2024) |

| | | |
|---|---|---|
| 05/13/2024 | 5 | Financial Affidavit by LINCOLN DEMING (Access to document is restricted to USA and applicable defendant only) (nrg) (Entered: 05/13/2024) |
| 05/13/2024 | 6 | ORAL ORDER approving 5 Financial Affidavit as to LINCOLN DEMING (1) By MAGISTRATE JUDGE KAREN FRINK WOLF. (nrg) (Entered: 05/13/2024) |
| 05/13/2024 | 7 | WAIVER of Rule 5 Hearings by LINCOLN DEMING (nrg) (Entered: 05/13/2024) |
| 05/13/2024 | 8 | ORDER as to LINCOLN DEMING: Pursuant to the Due Process Protection Act, Pub.L.No. 116-182, 134 Stat. 894 (Oct. 21,2020) and Rule 5(f) of the Federal Rules of Criminal Procedure, the United States is reminded of its obligation to disclose in a timely manner all exculpatory evidence to the defendant, that is, all evidence that is favorable to the defendant or tends to cast doubt on the United States' case, as required by *Brady v. Maryland* 383 U.S. 83 (1963) and its progeny. Failure to comply with this order may result in consequences, including, but not limited to, the reversal of any conviction, the exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, disciplinary action, and/or sanctions by the Court. So Ordered. By MAGISTRATE JUDGE KAREN FRINK WOLF. (nrg) (Entered: 05/13/2024) |
| 05/13/2024 | 9 | Appearance Bond ( Unsecured ) as to LINCOLN DEMING. (nrg) (Entered: 05/13/2024) |
| 05/13/2024 | 10 | ORDER Setting Conditions of Release as to LINCOLN DEMING. By MAGISTRATE JUDGE KAREN FRINK WOLF. (nrg) (Entered: 05/13/2024) |
| 05/13/2024 | 11 | ORDER Requiring a Defendant to Appear as to LINCOLN DEMING By MAGISTRATE JUDGE KAREN FRINK WOLF. (nrg) (Entered: 05/13/2024) |
| 05/13/2024 | | Notice to District of Columbia 1:24-mj-131-ZMF of a Rule 5 or 32 Initial Appearance hearing as to LINCOLN DEMING. Using your PACER account, please retrieve the docket sheet and any other necessary documents. All restricted access documents will be sent via email. If you require certified copies of any documents please send a request to ecfhelp@med.uscourts.gov. (nrg) (Entered: 05/13/2024) |